IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DAVID HYRE,

    Plaintiff,

v.       CIVIL ACTION NO. 2:19-cv-00018

CRC INDUSTRIES, INC., et al.,

    Defendants.

### DISMISSAL ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal. (ECF No. 18.) Plaintiff, by counsel, respectfully advises this Court that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff agrees to voluntarily dismiss any and all claims and/or causes of action alleged against all Defendants without prejudice. The Court, finding no objection thereto, hereby **ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to remove this action from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   April 2, 2019

THOMAS E. JOHNSTON, CHIEF JUDGE